**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6969**

_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

KELLY GEORGE STANBACK,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Michael F. Urbanski, District Judge.  (5:02-cr-30020-SGW-1)

_____

Submitted:  September 9, 2015          Decided:  September 14, 2015

_____

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kelly George Stanback, Appellant Pro Se. Grayson A. Hoffman, Jeb Thomas Terrien, Assistant United States Attorneys, Elizabeth G. Wright, OFFICE OF THE UNITED STATES ATTORNEY, Harrisonburg, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelly George Stanback appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Stanback, No. 5:02-cr-30020-SGW-1 (W.D. Va. filed June 8 and entered June 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Although the district court granted Stanback's § 3582 motion, the reduction granted by the court did not reduce Stanback's sentence to the full extent he requested.